In the Matter of the Accounting of EDWARD C. RAFTERY et al., as Surviving Executors, and PAUL D. O'BRIEN et al., as Executors of DENNIS F. O'BRIEN, Deceased Executor of MAURICE A. SHEA, Deceased, Respondents. MARGARET L. SHEA et al., Appellants; JOHN L. FLYNN, as Referee, Respondent-Appellant.

Submitted March 8, 1954; decided May 27, 1954.

*James N. Vaughan, Charles Garside, Allen Evarts Foster* and *Thomas F. Daly* for motion.

*Arthur F. Driscoll* and *John Drew* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.